```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -  X
                              :
UNITED STATES OF AMERICA      :    UNSEALING ORDER
                              :
        - v. -                :    22 Cr. 006
                              :
PIERRE GIRGIS,                :
                              :
                              :
        Defendant.            :
                              :
- - - - - - - - - - - - - - - X
```

Upon the application of the United States, by United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Kyle A. Wirshba and Elinor L. Tarlow;

It is found that the Indictment in the above-captioned action, 22 Cr. 006, is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       January 6, 2021

                                    _____
                                    HONORABLE ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE