**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 21, 2022

**BY ECF**
The Honorable Allison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:** **United States v. Pierre Girgis**
**22 Cr. 06 (AJN)**

Dear Judge Nathan:

    I write, without objection from the Government, to respectfully request that the Court extend the deadline for securing Mr. Girgis's vehicle to his personal recognizance bond until February 4, 2022.

    On January 6, 2022, Magistrate Judge Lehrburger imposed bail conditions on Mr. Girgis, including: a $100,000 personal recognizance bond to be co-signed by one financially responsible person and to be secured by his vehicle; travel limited to SDNY, EDNY, and the District of New Jersey; the surrendering of all travel documents and no new applications; and supervision as directed by Pretrial Services. Upon his presentment, Mr. Girgis immediately surrendered his travel documents and, within a few days, secured a financially responsible co-signer to the bond. Mr. Girgis was directed to secure his vehicle to the bond within two weeks of his presentment.

    Currently, the defense and Government are still working to complete the requisite paperwork to post Mr. Girgis's vehicle. Accordingly, the defense respectfully requests an extension until February 4, 2022 to complete the process and to secure the car to the bond. As noted above, the Government does not object to this modification.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

Cc: AUSA Kyle Wirshba, Esq.
AUSA Elinor Tarlow, Esq.

**SO ORDERED:** _____
                    **ALISON J. NATHAN, U.S.D.J.**