UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Pierre Girgis,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/22

22-cr-6 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court hereby schedules an initial conference in this matter for **February 16, 2022, at 10:00 a.m.** The proceeding will take place in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      The Court hereby excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date through February 16, 2022. The Court finds that the ends of justice served by granting this exclusion from speedy trial computations outweigh the interests of the public and the Defendant in a speedy trial because the time is necessary for the parties to prepare for the initial conference. Counsel for the Defendant has indicated consent to this exclusion of time.

      SO ORDERED.

Dated: January 25, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge