

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2022

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Pierre Girgis*, 22 Cr. 006

Dear Judge Nathan:

    The Government writes, with the consent of defense counsel, to enclose a proposed protective order for the Court's review and endorsement.

                               Respectfully submitted,

                               DAMIAN WILLIAMS
                               United States Attorney

                By:   /s/
                     Kyle A. Wirshba / Elinor L. Tarlow
                     Assistant United States Attorney
                     (212) 637-2493 / 1036