**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 16, 2022

**BY ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Pierre Girgis**
      **22 Cr. 06 (AJN)**

Dear Judge Nathan:

    As discussed in Court today, I am docketing Pierre Girgis's affidavit confirming that the vehicle he owns bearing New York license plate number KVE1229 shall serve as security for the $100,000 personal recognizance bond issued by Magistrate Judge Lehrburger on January 6, 2022.

Respectfully Submitted,

/s/ Andrew J. Dalack

Andrew J. Dalack, Esq.
Hannah McCrea, Esq.
Assistant Federal Defenders

Cc:   AUSA Elinor Tarlow, Esq.
      AUSA Kyle Wirshba, Esq.