STATE OF NEW YORK
COUNTY OF NEW YORK

**Re:  United States v. Pierre Girgis**
     **22 Cr. 06 (AJN)**

### Affidavit of Pierre Girgis, Defendant

I, Pierre Girgis, residing at ███████████████████████, Brooklyn, NY 11214 hereby declare under penalties of perjury pursuant to 28 U.S.C. § 1746.

1. I am the defendant in this case, and I make this statement to prove my ownership of a vehicle to post as collateral for my bail package.
2. I am the owner of a 2015 BMW X4, license plate number KVE1229 and VIN number 5UXXW3C55F0F89157.
3. The car title is registered in the State of New York.
4. I understand that I am the defendant of UNITED STATES V. PIERRE GIRGIS, Docket Number 22 Cr. 06 (AJN), now pending in the United States District Court for the Southern District of New York. If I should be determined to have violated the terms and conditions of bail set for my release in the aforementioned matter in accordance with the law, the real properties worth approximately $18,000.00, known as the 2015 BMW X4, shall serve as security for the satisfaction of the bail conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Sworn to and subscribed before me, this 18 day of January, 2022.

_____
PIERRE GIRGIS

_____
NOTARY PUBLIC  Juliet Vicari

JULIET VICARI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01VI6418788
Qualified in New York County
Commission Expires June 21, 2025