# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 30, 2022

**BY ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Pierre Girgis**
      **22 Cr. 06 (AJN)**

Dear Judge Nathan:

    I write to update the Court on the status of discovery in the above-captioned case and to seek a 30-day extension of today's deadline to propose a schedule for any defense motions to compel. The Government does not object to this application.

    On March 9, 2022, the Government made a voluminous discovery production that included, inter alia, thousands of documents, forensic cell phone and electronic storage extractions, and thousands of recorded telephonic communications. The defense also understands that the Government anticipates making at least one additional Rule 16 production in the coming weeks. Given these developments and the defense's ongoing review of the discovery produced to date, we respectfully submit that it is premature to finalize a schedule for any motions to compel. Accordingly, the defense requests leave to provide an update and proposed motion-to-compel schedule by Monday, May 2, 2022, approximately 30 days from today.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Hannah McCrea, Esq.
Assistant Federal Defenders

Cc:   AUSA Elinor Tarlow, Esq.
      AUSA Kyle Wirshba, Esq.