**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 9, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **RE:**   **United States v. Pierre Girgis**
           **22 Cr. 06 (KPF)**

Dear Judge Failla:

      I write in anticipation of the status conference in the above-captioned case that is scheduled for June 23, 2022, at 11:00 a.m. Without objection from the Government, the defense will ask the Court at the upcoming conference to schedule an <u>ex parte</u> meeting with undersigned counsel to receive Sixth Amendment-protected information and defense strategy bearing on the Government's discovery obligations and a prospective Rule 12 motions schedule. To the extent it is helpful to the Court's planning, I will be on arraignment duty on June 23, 2022, but would (hopefully) be available for such a meeting later in the afternoon of June 23, 2022, after 4:30 p.m. The defense is also available anytime on June 24, June 27, June 30, July 1, July 5, and July 6, 2022.

                                                  Respectfully Submitted,

                                                  Andrew J. Dalack, Esq.
                                                  Hannah McCrea, Esq.
Cc:   AUSA Elinor Tarlow, Esq.                 Assistant Federal Defenders
       AUSA Kyle Wirshba, Esq.

                                                  Counsel for Pierre Girgis