**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    RE:    **United States v. Pierre Girgis**
           **22 Cr. 06 (KPF)**

Dear Judge Failla:

    I write to respectfully request a one-time modification of Pierre Girgis's bail conditions, to permit him to travel to Ocean City, Maryland from August 22 through August 28, 2022, with his wife and son for a family trip. Pre-Trial Services, by Officer Dominique Jackson, has indicated that it does not take a position on applications like these, but notes that Mr. Girgis is compliant with his release conditions. The Government, by AUSA Elinor Tarlow, also takes no position on this application.

                                                           Respectfully Submitted,

                                                           Andrew J. Dalack, Esq.
                                                           Hannah McCrea, Esq.
Cc:    AUSA Elinor Tarlow, Esq.            Assistant Federal Defenders
        AUSA Kyle Wirshba, Esq.

                                                           Counsel for Pierre Girgis