

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2022

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Pierre Girgis*, **22 Cr. 6 (KPF)**

Dear Judge Failla:

    The parties write jointly to respectfully request an adjournment of the September 16, 2022 status conference in the above-refenced case for approximately 60 days. As the Court is aware, defense counsel has been preparing for a death penalty trial, on which *voir dire* is scheduled to begin before Judge Broderick on October 11, 2022. The Government is also making a production later this week of materials related to a particular search warrant application, as discussed at the parties' last conference.

    In light of the above, and to allow the defense to evaluate possible pretrial motions, the parties respectfully request that the Court adjourn the September 16, 2022 status conference for approximately 60 days to a date convenient to the Court. In addition, the Government respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from September 16, 2022, to and including the date set by the to allow the defense to review discovery, the defense to evaluate possible pretrial motions, and the parties to discuss a possible pretrial disposition. Counsel for the defendant consents to this request.

                                 Respectfully submitted,

                                   DAMIAN WILLIAMS
                                 United States Attorney

                        By:   /s/_____
                           Kyle A. Wirshba / Elinor L. Tarlow
                           Assistant United States Attorney
                           (212) 637-2493 / 1036

cc: Andrew Dalack, Esq. (by ECF)

Application GRANTED. The conference scheduled for September 16, 2022, is hereby ADJOURNED to **November 30, 2022** at 11:30 a.m.

It is further ORDERED that time is excluded under the Speedy Trial Act between September 16, 2022, and November 30, 2022.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will allow defense counsel to continue to review discovery and prepare possible pretrial motions and permit the parties to discuss a pre-trial disposition.

The Clerk of Court is directed to terminate the motion at docket entry 28.

Dated:     September 14, 2022
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE