AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cr-6 |
| Pierre Girgis | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pierre Girgis                                                                                                                         .

Date:  09/19/2022

/s/
*Attorney's signature*

Michael Arthus
*Printed name and bar number*

Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY  10007
*Address*

michael_arthus@fd.org
*E-mail address*

212-417-8760
*Telephone number*

212-571-0392
*FAX number*