**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 21, 2023

BY ECF
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Pierre Girgis**
      **22 Cr. 006 (KPF)**

Dear Judge Failla:

    We write to request an adjournment of the deadline to file a motion to compel discovery in the above-captioned case. The Government does not object to this request. Currently, the defense motion is due March 31, 2023; the Government's response is due June 16, 2023; and the defense reply is due July 14, 2023. A status conference is scheduled for August 30, 2023.

    We sent discovery requests to the Government on October 20, 2022, and February 6, 2023. On March 2, 2023, the Government responded; it provided some additional discovery and requested further information about two of the requests. We have been actively discussing the outstanding discovery requests with the Government, and seek a 28-day extension to resolve any remaining issues before filing a motion to compel.

    We have conferred with the Government and propose a 28-day adjournment, resulting in the following schedule:

- Defense Motion to Compel: due April 28, 2023
- Government Response: due July 14, 2023
- Defense Reply: due August 11, 2023

Respectfully Submitted,
/s/
Andrew J. Dalack
Hannah McCrea
Michael Arthus
Assistant Federal Defenders
(646) 574-0351

cc (by ECF): AUSAs Kyle Wirshba and Elinor Tarlow

Application GRANTED.  The Clerk of Court is directed to terminate the motion at docket entry 33.

Dated:   March 21, 2023        SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE