UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| - v - | :    **22 Cr. 6 (KPF)** |
| | : |
| PIERRE GIRGIS, | : |
| | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the exhibits attached thereto in support of its motion, the undersigned will move this Court, before the Honorable Katherine Polk Failla, in the Southern District of New York, for an Order compelling the Government to provide discovery of certain materials, and for any such further relief as this Court may deem just and proper.

Dated:  New York, New York
       April 28, 2023

                                    Respectfully submitted,
                                    FEDERAL DEFENDERS OF NEW YORK

                                    By:      /s/
                                         ANDREW J. DALACK
                                         HANNAH MCCREA
                                         MICHAEL ARTHUS
                                         Attorneys for Defendant Pierre Girgis
                                         52 Duane Street, 10th Floor
                                         New York, New York 10007
                                         Tel.: (212) 417-8700

Attn: AUSAs Kyle Wirshba and Elinor Tarlow