**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 23, 2023

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

RE:   **United States v. Pierre Girgis**
      **22 Cr. 06 (KPF)**

Dear Judge Failla:

    I write to respectfully request a one-time modification of Pierre Girgis's bail conditions, to permit him to travel to the Eastern District of Pennsylvania from August 26 through August 28, 2023, to visit with family at addresses already provided to Pre-Trial Services. The government, by AUSA Sarah Kushner, defers to Pre-Trial Services Officer Dominique Jackson regarding this application. Officer Jackson takes no position on the request, and notes that Mr. Girgis remains in compliance with his release conditions.

Respectfully Submitted,

/s/
Andrew John Dalack, Esq.
Michael Arthus, Esq.
Hannah McCrea, Esq.
Assistant Federal Defenders

Cc:   AUSA Sarah Kushner, Esq.
      AUSA Elinor Tarlow, Esq.
      AUSA Kyle Wirshba, Esq.

```
Application GRANTED.  The Clerk of Court is directed to
terminate the motion at docket entry 41.

Dated:    August 24, 2023               SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE