

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2023

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    **Re:**   *United States v. Pierre Girgis*, 22 Cr. 6 (KPF)

Dear Judge Failla:

    The Government writes to respectfully request, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from December 19, 2023, through January 31, 2024, to allow the parties time to continue discussions regarding a possible pretrial disposition of this case.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                                   By:  /s/ Sarah L. Kushner
                                              Sarah L. Kushner
                                              Assistant United States Attorney
                                              (212) 637-2676

cc: Counsel of Record (by ECF)

Application GRANTED.  It is hereby ORDERED that time is excluded under the Speedy Trial Act between December 19, 2023, and January 31, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to continue discussions regarding a possible pre-trial disposition of this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 49.

Dated:     December 19, 2023          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE