

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2024

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Pierre Girgis*, 22 Cr. 6 (KPF)

Dear Judge Failla:

  The Government writes to respectfully request, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 31, 2024, through April 30, 2024, to allow the parties time to continue discussions regarding a possible pretrial disposition of this case.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

           By: _____
              Sarah L. Kushner
              Assistant United States Attorney
              (212) 637-2676

cc: Counsel of Record (by ECF)