

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2024

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

```
MEMO ENDORSED
```

    **Re:**    ***United States v. Pierre Girgis*, 22 Cr. 6 (KPF)**

Dear Judge Failla:

    The Government writes to respectfully request, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 31, 2024, through April 30, 2024, to allow the parties time to continue discussions regarding a possible pretrial disposition of this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: _____
    Sarah L. Kushner
    Assistant United States Attorney
    (212) 637-2676

cc: Counsel of Record (by ECF)

Application GRANTED.  It is hereby ORDERED that time is excluded
under the Speedy Trial Act between January 31, 2024 and April 30,
2024.  The Court finds that the ends of justice served by
excluding such time outweigh the interests of the public and the
defendant in a speedy trial because it will permit the parties to
continue discussions regarding a possible pre-trial disposition
of this case.

The Clerk of Court is directed to terminate the pending motion at
docket entry 51.


Dated:      January 29, 2024             SO ORDERED.
            New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE