

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2024

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Pierre Girgis*, 22 Cr. 6 (KPF)

Dear Judge Failla:

    The Government writes to respectfully request, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 29, 2024, through September 30, 2024, to allow the parties time to continue discussions regarding a possible pretrial disposition of this case.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                         By:   _____
                                          Sarah L. Kushner
                                          Assistant United States Attorney
                                          (212) 637-2676

cc: Counsel of Record (by ECF)