UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

PIERRE GIRGIS,

          Defendant.

**SUPERSEDING MISDEMEANOR INFORMATION**

S1 22 Cr. 6 (KPF)

**COUNT ONE**
**(Failure to file and label informational materials)**

The United States Attorney charges:

1. From at least in or about 2014, up to and including in or about September 2019, in the Southern District of New York and elsewhere, PIERRE GIRGIS, the defendant, who, within the United States, was an agent of a foreign principal, to wit, the Government of Egypt, and was required to register under the provisions of the Foreign Agents Registration Act, Title 22, United States Code, Section 611 *et seq*., transmitted and caused to be transmitted in the United States mails and by means and instrumentalities of interstate and foreign commerce informational materials for and in the interests of the Government of Egypt without placing in such informational materials a conspicuous statement that the materials were distributed by GIRGIS on behalf of the Government of Egypt, to wit, GIRGIS transmitted a letter from the Egyptian Consulate General encouraging individuals to enroll in the Egyptian military, without placing in the letter a statement that it was being distributed by GIRGIS on behalf of the Government of Egypt.

(Title 22, United States Code, Sections 614(b), 618.)

*/s/ Damian Williams*

_____
DAMIAN WILLIAMS
United States Attorney