# ATTACHMENT A
# [REDACTED]