

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2024

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Pierre Girgis*, **22 Cr. 6 (KPF)**

Dear Judge Failla:

    With the consent of the defense, the Government respectfully writes to seek a brief adjournment of the sentencing proceeding in the above-referenced matter, currently scheduled for October 3, 2024, as that date coincides with religious holidays. The Government understands that the Court and the parties are available for sentencing on October 15, 2024, at 3 pm.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/_____
    Kyle A. Wirshba / Elinor L. Tarlow /
    Sarah L. Kushner
    Assistant United States Attorneys
    (212) 637-2493 / 1036 / 2676

cc: All counsel (by ECF)