

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2024

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Pierre Girgis*, **22 Cr. 6 (KPF)**

Dear Judge Failla:

    With the consent of the defense, the Government respectfully writes to seek a brief adjournment of the sentencing proceeding in the above-referenced matter, currently scheduled for October 3, 2024, as that date coincides with religious holidays. The Government understands that the Court and the parties are available for sentencing on October 15, 2024, at 3 pm.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

                          By:  ___/s/_____
                                Kyle A. Wirshba / Elinor L. Tarlow /
                                Sarah L. Kushner
                                Assistant United States Attorneys
                                (212) 637-2493 / 1036 / 2676

cc: All counsel (by ECF)

Application GRANTED.  The sentencing proceeding is ADJOURNED to **October 15, 2024, at 3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 64.

Dated:     September 26, 2024          SO ORDERED.
           New York, New York

                                       *[signature: Katherine Polk Failla]*

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE